OPINION — AG — A SUB AGENT (TAG AGENT) OF A MOTOR LICENSE AGENT CAN CHARGE A FEE OF NO MORE THAN FIFTY CENTS FOR HIS SERVICES IN CONNECTION WITH THE ISSUANCE OF A LICENSE PLATE. HOWEVER, IF THE SUB AGENT IS ALSO THE AGENT FOR THE BUYER OF A LICENSE PLATE, HE MAY CHARGE AN ADDITIONAL FEE OF NOT TO EXCEED FIFTY CENTS IN HIS CAPACITY AS SUCH BUYER'S AGENT. CITE: 47 O.S. 1963 Supp., 6-101 [47-6-101](K), OPINION NO. 65-103, OPINION NO. 64-128, 47 O.S. 1961 22.22 [47-22.22](A) (JAMES FUSON)